IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03257-REB-BNB

JAMES R. GONGAWARE, and
LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,

Plaintiffs,

v.

FERRELLGAS, INC., a Delaware corporation,
PW EAGLE, INC., a Minnesota corporation, d/b/a JM Eagle, and
J-M MANUFACTURING COMPANY, INC., a Delaware corporation, d/b/a JM Eagle,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   IT IS ORDERED that **Ferrellgas, Inc.'s Motion to Amend Notice of Removal** [Doc. # 14, filed 12/15/2011] is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1A.

DATED:  December 15, 2011