IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03257-REB-BNB

JAMES R. GONGAWARE, and
LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,

Plaintiffs,

v.

FERRELLGAS, INC., a Delaware corporation,
PW EAGLE, INC., a Minnesota corporation, d/b/a JM Eagle, and
J-M MANUFACTURING COMPANY, INC., a Delaware corporation, d/b/a JM Eagle,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Ferrellgas, Inc.'s Unopposed Motion to Amend Notice of Removal** [docket no. 17, filed December 15, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED:  December 30, 2011