IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03257-REB-BNB

JAMES R. GONGAWARE, and
LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,

Plaintiffs,

v.

FERRELLGAS, INC., a Delaware corporation,
PW EAGLE, INC., a Minnesota corporation, d/b/a JM Eagle,
J-M MANUFACTURING COMPANY, INC., a Delaware corporation, d/b/a JM Eagle,
UPONOR, INC., d/b/a Uponor Aldyl Company, Inc., and
UPONOR NORTH AMERICA, INC., d/b/a Uponor Aldyl Company, Inc.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Ferrellgas, Inc.'s Motion for Leave to File Its First Amended Answer to Plaintiffs' First Amended Complaint** [docket no. 98, filed October 25, 2012] (the "Motion").

   IT IS ORDERED that the Motion is DENIED for failure to comply with D.C.COLO.LRCivR 7.1(A).


DATED:  October 26, 2012