IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03257-REB-BNB

JAMES R. GONGAWARE, and
LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,

Plaintiffs,

v.

FERRELLGAS, INC., a Delaware corporation,
PW EAGLE, INC., a Minnesota corporation, d/b/a JM Eagle,
J-M MANUFACTURING COMPANY, INC., a Delaware corporation, d/b/a JM Eagle,
UPONOR, INC., d/b/a Uponor Aldyl Company, Inc., and
UPONOR NORTH AMERICA, INC., d/b/a Uponor Aldyl Company, Inc.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the response filed by plaintiff Liberty Mutual Fire Insurance Company [114] on November 13, 2012,

IT IS ORDERED that **Ferrellgas, Inc.'s Motion for Leave to File its First Amended Answer to Plaintiffs' First Amended Complaint** [101] is GRANTED. The Clerk of the Court is directed to accept the Defendant Ferrellgas, Inc.'s First Amended Answer to Plaintiff's First Amended Complaint for filing.

IT IS FURTHER ORDERED that the hearing set for **November 15, 2012**, is **VACATED**.

DATED: November 13, 2012