**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03257-REB-BNB

JAMES R. GONGAWARE, and
LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,

      Plaintiffs,

v.

FERRELLGAS, INC., a Delaware corporation,
PW EAGLE, INC., a Minnesota corporation d/b/a JIM EAGLE,
J-M MANUFACTURING COMPANY, INC., a Delaware corporation d/b/a JIM EAGLE,
UPONOR, INC.,and
UPONOR NORTH AMERICA, INC., both d/b/a UPONOR ALDYL COMPANY, INC.,

      Defendants.

---

## MINUTE ORDER[1]

---

      The matter is before the court *sua sponte*. On November 16, 2012, the court entered a **Minute Order** [#119] withdrawing the order of reference in this case to United States Magistrate Judge Boyd N. Boland. This minute order was done in error. The **Order of Reference To United States Magistrate Judge** [#9] is not withdrawn and therefore order of reference is re-instated.

      **IT IS FURTHER ORDERED** that memorandum referring the **Combined Motion and Brief in Support For Partial Judgment on The Pleadings** [#102] filed October 31, 2012, is **WITHDRAWN**.

      Dated:  November 19, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.