**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-03257-REB-BNB

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Plaintiff,

v.

FERRELLGAS, INC.,

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated January 11, 2013 at Denver, Colorado.

                                     **BY THE COURT:**

                                     */s/ Robert E. Blackburn*
                                     Robert E. Blackburn
                                     United States District Judge