IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-03257-REB-BNB | Date: | January 17, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB Courtroom A401 |

| *Parties* | *Attorney(s)* |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY<br>**Plaintiff(s)** | *Thomas M. Dunford* |
| v. | |
| FERRELLGAS, INC<br>**Defendant(s)** | *Richard A. Waltz* |
| ADVANCED ENGINEERING<br>**Interested Party** | *Michael W. Anderson* |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 1:30 p.m.

Appearance of counsel.

Argument presented on [142] Plaintiff Liberty Mutual Insurance Company's Motion to Compel Production of Service Head Adapter Information From Defendant Ferrellgas, Inc.'s Expert Witness and [149] Defendant Ferrellgas, Inc.'s Motion for Protective Order and Motion to Quash Plaintiff Liberty Mutual Insurance Company's Subpoena Duces Tecum to Advance Engineering, and [153] Advanced Engineering's Motion to Quash.

**ORDERED: [142] Plaintiff Liberty Mutual Insurance Company's Motion to Compel Production of Service Head Adapter Information From Defendant**

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

**Ferrellgas, Inc.'s Expert Witness is DENIED.**

**[149] Defendant Ferrellgas, Inc.'s Motion for Protective Order and Motion to Quash Plaintiff Liberty Mutual Insurance Company's Subpoena Duces Tecum to Advance Engineering is GRANTED.**

**[153] Advanced Engineering's Motion to Quash is GRANTED.**

Court in Recess: 2:14 p.m.     Hearing concluded.     Total time in Court: 00:44

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119