IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03257-REB-BNB

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,

Plaintiff,

v.

FERRELLGAS, INC., a Delaware corporation,

Defendant.

---

**ORDER**

---

This matter arises on the following:

(1) **Plaintiff Liberty Mutual Insurance Company's Motion to Compel Production of Service Head Adapter Information from Defendant Ferrellgas, Inc.'s Expert Witness** [Doc. # 142, filed 1/7/2013] (the "Motion to Compel");

(2) **Defendant Ferrellgas, Inc.'s Motion for Protective Order and Motion to Quash Plaintiff Liberty Mutual Insurance Company's Subpoena Duces Tecum to Advanced Engineering** [Doc. # 149, filed 1/10/2013] (the "Motion for Protective Order"); and

(3) **Advanced Engineering's Motion to Quash** [Doc. # 153, filed 1/10/2013] (the "Motion to Quash").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 142] is DENIED;

(2) The Motion for Protective Order [Doc. # 149] is GRANTED; and

(3) The Motion to Quash [Doc. # 153] is GRANTED.

Dated January 17, 2013.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge