**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03257-REB-BNB

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

FERRELLGAS, INC., a Delaware corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court *sua sponte*. On January 11, 2013, the court conducted a Final Pretrial Conference and Trial Preparation Conference. During the conference the court, *inter alia*, adjusted the dates for trial to eschew a conflict in the trial of *Anderson v. Adams State University*, 12-cv-00173-REB-BNB.

    However, *Anderson v. Adams State University* has settled, and the trial in that case has been vacated. Thus, the court can reinstate the original schedule for trial in this case, if counsel are amenable.

    **THEREFORE, IT IS ORDERED** that by January 24, 2013, counsel shall advise the court whether this case can and should be tried pursuant to the following schedule:

- Monday, February 4, 2013, through Thursday, February 7, 2013;
- Monday, February 11, 2013, through Wednesday, February 13, 2013; and
- Tuesday, February 19, 2013.

Dated:  January 18, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.