# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 11-cv-03257-REB-BNB

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

FERRELLGAS, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal** [#170][1] filed February 8, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal** [#170] filed February 8, 2013, is **APPROVED**;

    2. That the jury trial set to commence February 11, 2013, is **VACATED**;

    3. That any pending motion is **DENIED** as moot; and

---

[1] "[#170]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated February 11, 2013, at Denver, Colorado.

**BY THE COURT:**

_____
Robert E. Blackburn
United States District Judge